# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN JAMES A. YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00550-LJO-NEW (DLB) PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:07-CV-00231-LJO-SMS PC, AND DIRECTING CLERK'S OFFICE TO CLOSE FILE |

　　　　Plaintiff John E. West ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed in the Northern District of California on February 14, 2007, and transferred to this Court on April 10, 2007.  A review of the actions filed by in this Court revealed that the complaint in case number 1:07-cv-00231-LJO-SMS (PC) <u>West v. Yates, et al.</u>, filed by plaintiff on February 12, 2007, is identical to the complaint in this action.

　　　　Accordingly, it is HEREBY ORDERED that this action is dismissed as duplicative of case number 1:07-cv-00231-LJO-SMS (PC), and the Clerk's Office shall close the file.

IT IS SO ORDERED.

**Dated:   May 1, 2007**　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1